IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW W. RAYMOND,<br><br>    Plaintiff,<br><br>vs.<br><br>UNLIMITED TAXES & MORE FRANCHISING COMPANY, LLC, UNLIMITED TAXES & MORE, INC., UNLIMITED TAXES & MORE LICENSING COMPANY, LLC., UNLIMITED TAXES & MORE TAX TRAINING RESOURCE CENTER, LLC and SHONDA M. MICKEL,<br><br>    Defendants. | CASE NO.: 1:22-cv-2173-JPB |

## **ORDER**

THIS MATTER having come before the Court on the Joint Stipulation and Consent Motion to Dismiss With Prejudice, submitted by Plaintiffs and all Defendants (the "Parties"), and upon consideration thereof and for good cause shown,

**IT IS HEREBY ORDERED** that the Parties' Joint Stipulation and Consent Motion to Dismiss With Prejudice is **GRANTED**. The Court orders that this action

1

shall be dismissed, with prejudice, with all parties to bear their own attorneys' fees, expenses, and costs.

ENTERED this __7th__ day of October 2022.

_____
The Honorable J. P. Boulee
United States District Judge